# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2013

## NO. 03-11-00179-CV

**The Attorney General of Texas and The Commissioner of Insurance, Appellants**

**v.**

**Farmers Insurance Exchange, Fire Insurance Exchange,
Mid-Century Insurance Company of Texas, Texas Farmers Insurance Company, and
Farmers Texas County Mutual Insurance Company, Appellees**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE

**THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS**, having heard this cause on appeal and having considered the record of the court below, the briefs, and counsels' argument, concludes that the district court's judgment should be reversed.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The judgment of the district court is reversed;

(2) Judgment is rendered that the information made open to public inspection under Texas Insurance Code Section 2251.107 is not subject to the Texas Public Information Act;

(3) The Attorney General of Texas and the Commissioner of Insurance shall recover, and Farmers Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company of Texas, Texas Farmers Insurance Company, and Farmers Texas County Mutual Insurance Company jointly and severally shall pay, all costs related to this appeal; and

(4) This decision be certified below for observance.